**Simon Sidney HONIG, Plaintiff–Appellant,**

v.

**Michael BLOOMBERG, Andrew Cuomo, Defendants–Appellees.**

No. 09–0198–CV.

United States Court of Appeals, Second Circuit.

Oct. 22, 2009.

Simon Sidney Honig, pro se, Forest Hills, New York, for Appellant.

Michael A. Cardozo, Marta Ross, City of New York Law Department, New York, New York; Marion R. Buchbinder, State of New York, Office of the Attorney General, New York, New York, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, WILFRED FEINBERG, ROBERT A. KATZMANN, Circuit Judges.

Simon Honig appeals from the judgment of the district court dismissing his claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Honig alleged violations of his Eighth Amendment right to be free from cruel and unusual punishment and his Fourteenth Amendment rights to due process and equal protection.

We affirm for substantially the reasons stated in the district court's opinion. See *Honig v. Bloomberg,* No. 1:08–cv–00541 (DAB) (S.D.N.Y. Dec. 8, 2008).

Finding no merit in Honig's remaining arguments, we hereby **AFFIRM** the judgment of the district court.